Seth Allen and James P. Cunningham, Respondents, v. Jehial B. White, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Reuben J. Davey and Fanny Davey, Respondents, v. Orient Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

The Ducy Lumber Company, Respondent, v. Frank Lewis, Sr., Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

James Dempsey, as Administrator, etc., of Thomas W. Dempsey, Deceased, Plaintiff, v. The West Side Railroad Company of Elmira, N. Y., Defendant.— Exceptions overruled, with costs, and judgment ordered for defendant upon the nonsuit. No opinion. All concurred.

The Farmers and Merchants' Bank of Spencer, N. Y., Respondent, v. Lewis G. Waldron and Others, Appellants.— Judgment affirmed, with costs. No opinion. All concurred.

Alma B. Halloran, Appellant, v. The Standard Life and Accident Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

Frederick M. Haynes, Appellant, v. Frank E. Everest and Francis H. Everest, Respondents.— Judgment affirmed, with costs. No opinion. All concurred.

Mary Kirk, as Administratrix, etc., of Frank Kirk, Deceased, Appellant, v. The New York, Ontario and Western Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

Jeremiah C. Mahoney and Others, Appellants, v. Rochester Clothing Company, Respondent.

— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Thomas Philbin, Respondent, v. Russell A. Borden, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Amelia C. Smaldone, Respondent, v. The President and Directors of the Insurance Company of North America, of Philadelphia, Pennsylvania, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Walter C. Witherbee and Annie E. Witherbee, his Wife, Respondents, v. Lewis H. Roe, as Executor, etc., of Sophia G. Witherbee, Deceased, and Wallace T. Foote, Jr., Individually, and as Executor, etc., of Sophia G. Witherbee, Deceased, and as Sole Executor, etc., of Mary Witherbee Foote, Deceased, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to answer on payment of costs of this appeal and of the demurrer. No opinion. All concurred.

Charles Wahlig and Others, Respondents, v. Anna Linnehan, Appellant, Impleaded with Daniel V. Linnehan.— Judgment affirmed, with costs. No opinion. All concurred.

Bradbury Dyer, Respondent, v. Florence G. Carncross and Jerome W. Ecker, Appellants, Impleaded with Others.— Judgment affirmed, with costs.

In the Matter of the Application of the Colonial City Traction Company for the Appointment of Commissioners.— Application granted, and Alonzo P. Strong, J. W. Houghton and James W. Eaton appointed as commissioners. Order to be settled before Mr. Justice Herrick.